UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, on and behalf of, and for the use of, Verendrye Electric Coop. )<br><br>Plaintiff(s) )<br><br>vs. )<br><br>Byrd Brothers Emergency Services, LLC, and Travelers Casualty and Surety Company of America, )<br><br>Defendant(s). ) | **CONSENT/REASSIGNMENT FORM**<br><br><br>Case No.  4:12-cv-00157-CSM |

Exercise of jurisdiction by the Magistrate Judge assigned is permitted only if <u>all</u> parties voluntarily consent. You may, without adverse substantive consequences, withhold your consent. While consent to the assignment of the case to a Magistrate Judge is entirely voluntary, submission of the Consent/Reassignment Form memorializing consent or requesting reassignment to a District Judge is <u>mandatory</u>.

**Consent** [✓]                           **Reassignment** [ ]

United States of America, on and behalf of, and for the use of, Verendrye Electric Cooperative
_____
Party(ies) Represented

/s/  Jim Nostdahl
_____
Attorney Signature

November 30, 2012
_____
Date

_____
Party(ies) Represented

/s/
_____
Attorney Signature

_____
Date

**DO NOT FILE THE CONSENT/REASSIGNMENT FORM THROUGH THE COURT'S ELECTRONIC CASE FILING (ECF) SYSTEM.** Instead, the completed form should be returned to the e-mail address indicated below. Failure to submit the Consent/Reassignment Form in a timely manner may result in a delay in processing the case.

For Eastern Division Cases:

ndd_newcaseFargo@ndd.uscourts.gov

For Western Division Cases:

ndd_newcaseBismarck@ndd.uscourts.gov