# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | |
|---|---|
| United States of America, on and behalf of, and for the use of, Verendrye Electric Cooperative,<br><br>        Plaintiff,<br><br>vs.<br><br>Byrd Brothers Emergency Services, LLC, and Travelers Casualty and Surety Company of America,<br><br>        Defendants. | **ORDER ADOPTING STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br><br><br><br><br>Case No. 4:12-cv-157 |

Before the court is a "Stipulation of Dismissal with Prejudice" filed January 2, 2014. The court **ADOPTS** the stipulation (Docket No. 16) and **ORDERS** the above-entitled action dismissed with prejudice and without costs to either party.

Dated this 3rd day of January, 2014.

                                            */s/ Charles S. Miller, Jr.*
                                            Charles S. Miller, Jr., Magistrate Judge
                                            United States District Court